147 P.3d 1056, 1057

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**December 4, 2006**

| 26524 | Smith v. Administrative Director of Courts | Affirmed |
|---|---|---|

**December 8, 2006**

| 27295 | State v. Domingo | Affirmed |
|---|---|---|
| 26968 | State v. Kaheaku | Affirmed |

**December 11, 2006**

| 27575 | Arciga v. State | Affirmed |
|---|---|---|
| 27019 | Doe, In re | Affirmed |

**December 13, 2006**

| 27519 | Doe Children, In re | Affirmed |
|---|---|---|

**December 14, 2006**

| 27493 | State v. Liquie | Affirmed |
|---|---|---|
| 26479 | Watase v. Atumata | Affirmed |

**December 15, 2006**

| 27698 | N. Children, In re | Affirmed |
|---|---|---|

**December 20, 2006**

| 27554 | State v. Manewa | Affirmed |
|---|---|---|

**December 21, 2006**

| 27368 | State v. Kalaola | Affirmed |
|---|---|---|
| 27286 | State v. Williams | Affirmed |

**December 22, 2006**

| 27648 | Ruley v. State | Affirmed |
|---|---|---|

**December 26, 2006**

| 26478 | Ventura-Oliver v. Wailuku Agribusiness Co., Inc. | Affirmed |
|---|---|---|

**December 27, 2006**